UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILMA SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DANIELS LAW OFFICES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 04-cv-12116 MEL<br>)<br>)<br>)<br>) |

NOTICE OF DISMISSAL

Plaintiff Wilma Sanchez, by and through her counsel, gives notice pursuant to Mass. R. Civ. P. 41(a)(1)(i) that the above-captioned action shall be voluntarily dismissed.

Dated: November 4, 2004

                        Wilma Sanchez,
                        By her attorney,


                        /s/ Shennan Kavanagh
                        Shennan Kavanagh
                        Roddy Klein & Ryan
                        727 Atlantic Avenue, 2nd Floor
                        Boston, MA 02111
                        (617) 357-5500 x 12
                        (617) 357-5030 (fax)
                        kavanagh@roddykleinryan.com

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that on November 4, 2004, I served the foregoing document to the following person(s) by first class mail, postage prepaid:

Richard S. Daniels, Jr.
John P. Murray
Daniels Law Offices, P.C.
One Center Plaza
Boston, Massachusetts 02108-1801

/s/ Shennan Kavanagh
Shennan Kavanagh